AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, JEFFERY P. | U.S. Bankruptcy Court (SD OH) | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
221 E. Fourth St., Suite 800
Cincinnati, OH 45202-4133

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board | American Bankruptcy Institute |
| 2. | Chair and Board | Queen City Foundation |
| 3. | Manager | Willie Hall Estate Farm, LLC |
| 4. | Board | OSU Moritz College of Law National Council |
| 5. | Board | Cincinnati Museum Center |
| 6. | Board | BRIDGES |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, JEFFERY P. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 31 - April 3 | National Harbor, MD | Annual Spring Meeting | Lodging, meals and transporation |
| 2. | American Bar Association | April 14 - 16 | Boston, MA | Business Bankruptcy Committee Spring Meeting | Lodging, meals and transportation |
| 3. | Justice at Stake Campaign | April 29 - 30 | Washington, DC | Board Meeting | Lodging, meals and transportation |
| 4. | Bloomberg LP | July 27 - 29 | New York, NY | Editorial Board Meeting | Lodging, meals and transportation |
| 5. | American Bankruptcy Institute | December 1 - 4 | La Quinta, CA | Winter Leadership Conference | Lodging, meals and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, JEFFERY P. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, JEFFERY P. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2401 Grandview LLC | D | Dividend | O | U | | | | | |
| 2. Vanguard Windsor II | A | Dividend | | | Merged (with line 21) | 03/28/11 | J | | |
| 3. Vanguard PRIME Capt | A | Dividend | | | Merged (with line 21) | 03/28/11 | J | | |
| 4. AIM Blue Chip FD CL B | A | Dividend | | | Merged (with line 21) | 03/28/11 | J | | |
| 5. Cardinal Large Co. Stock | A | Dividend | | | Merged (with line 21) | 03/28/11 | J | | |
| 6. PNC Bank | A | Dividend | J | T | | | | | |
| 7. Cinfed Federal Credit Union | A | Interest | J | T | | | | | |
| 8. CSE Federal Credit Union | A | Interest | J | T | | | | | |
| 9. IRA #2 | A | Dividend | | | Merged (with line 21) | 03/28/11 | J | | |
| 10. -- American Gr FD of America F | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 11. -- Davis New York Venture A | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 12. -- Henderson Intl Opportunities A | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 13. -- JP Morgan Mid Cap Value A | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 14. -- Morgan Stanley Money Market Fund | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 15. -- Phoenix Real Estate Sec. A | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 16. -- Pimco Total Return A | | | | | Merged (with line 21) | 03/28/11 | J | | |
| 17. -- Rs Partners A | | | | | Merged (with line 21) | 03/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio 529 | A | Dividend | J | U | | | | | |
| 19. -- Putnam Agressive Growth (EQT) | | | | | | | | | |
| 20. -- Putnam Moderate Age-Based Portfolio (MDA) | | | | | | | | | |
| 21. TRAK Fund Solutions | A | Int./Div. | K | U | | | | | |
| 22. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, JEFFERY P. | 5/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

By way of amendment to my 2009 Financial Disclosure Report, on page 5 and 6, Part VII Investments and Trusts, Lines 17-24, I reported having an IRA. This asset should not have been reported and was inadvertently included in my 2009 Financial Disclosure Report. The asset listed in the Report on pages 5 and 6, lines 17-24 was liquidated on January 20, 2009. The income generated from the asset was less than $15,000.

In addition, on page 6, Part VII Investments and Trusts (of the 2009 Report), the assets listed on Lines 25 and 26 were also inadvertently reported. These assets were also sold on January 20, 2009 and generated income of less than $15,000.00.

Finally, the assets listed in Part VII Investments and Trusts (of the 2009 Report), on pages 5 and 6, lines 14-18 were likewise inadvertently included. These assets were sold on Janury 20, 2009 and generated less than $15,000.00 of income.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, JEFFERY P. | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JEFFERY P. HOPKINS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544